[No. 70513-0-I.   Division One.   August 25, 2014.]

EDWARD J. ELEAZER ET AL., *Petitioners*, v. BUSH HOUSE, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-04022-1, Joseph P. Wilson, J., entered May 23, 2013. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 70526-1-I.   Division One.   August 25, 2014.]

SHANGHAI COMMERCIAL BANK LIMITED, *Respondent*, v. KUNG DA CHANG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-21293-7, Laura Gene Middaugh, J., entered June 7, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Leach, JJ.

[No. 70568-7-I.   Division One.   August 25, 2014.]

MT. SI CONSTRUCTION, INC., ET AL., *Respondents*, v. NICHOLAS UHRICH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-03868-6, William L. Downing, J., entered June 18, 2013. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Appelwick, J.